IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| SHIRLEY LITTLE, | Civil No. 05-398-HO |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JOANNE B. BARNHART,<br>Commissioner of Social Security<br>Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5947.20 and no expenses shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that no costs shall be awarded pursuant to 28 U.S.C. § 1920. Based on the representation of Plaintiff's attorney, payment of the fees shall be made directly to Plaintiff's attorney.

DATED this 23rd day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant